UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Eliot Canick,<br><br>    Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>    Defendant. | Case No: 25-cv-3141-KMM-JFD |

**JOINT STIPULATION REGARDING DEADLINES**

  Plaintiff Eliot Canick and Defendant Allianz Life Insurance Company of North America ("Defendant") (collectively, the "Parties") met and conferred on August 6, 2025, to discuss impending deadlines in this matter. The Parties understand that there are several cases already filed related to this matter that have been assigned to Judge Menendez and Magistrate Judge Dockerty. We also understand that several more related cases will be filed over the coming weeks. We expect those cases will be related to this case. As a result hereby stipulate and agree as follows:

  1. Defendant and Plaintiff agree to stay Defendant's deadline to respond by motion or answer to Plaintiff's Complaint in this action until further order of the Court and after the Parties to the related cases have had an opportunity to discuss coordination of this matter, including with respect to answer deadlines.

  2. The Parties propose filing a status report in this action on or before September 12, 2025.

**STIPULATED AND AGREED TO on August 12, 2025.**

Respectfully submitted,

By: */s/ Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
Shashi K. Gowda (#401809)

By: */s/ Francis X. Nolan, IV*
Francis X. Nolan, IV (*pro hac vice*)
**EVERSHEDS SUTHERLAND US LLP**

Frances Mahoney-Mosedale (#402741)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street #2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
sgowda@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

Thomas E. Loeser (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
tloeser@cpmlegal.com
jalhadeff@cpmlegal.com

*Counsel for Plaintiff Eliot Canick*

1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
franknolan@eversheds-sutherland.com

Larry E. LaTarte (#0397782)
Anderson Tuggle (#0400277)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7475
larry.latarte@faegredrinker.com
anderson.tuggle@faegredrinker.com

*Counsel for Defendant*

2