**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Eliot Canick,<br><br>                    Plaintiff,<br><br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 25-cv-3141-KMM-JFD<br><br>**[PROPOSED] ORDER STAYING DEADLINE TO RESPOND** |

This matter is before the Court on the parties' Joint Stipulation Regarding Deadlines (ECF No. 14). The Court finds that there is good cause to stay Defendant's deadline to respond by motion or answer to Plaintiff's Complaint. Accordingly,

IT IS ORDERED:

1.    The parties' Joint Stipulation Regarding Deadlines is **GRANTED**.

2.    Defendant's deadline to respond by motion or answer is hereby stayed until further order of the Court.

3.    The Parties shall file a joint status report by September 12, 2025.


                                        BY THE COURT:

Dated: _____, 2025        _____
                                        Honorable Katherine M. Menendez
                                        United States District Judge